**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO. 20-31457** |
| | § | |
| **35NB, LLC** | § | |
| | § | |
| **DEBTOR** | § | **Chapter 11** |
| | § | |

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **NEW BRAUNFELS ER, LLC** | § | **CASE NO. 20-32553** |
| | § | |
| | § | |
| **DEBTOR** | § | **Chapter 11** |
| | § | |

**(Joint Administration Requested)**

**(Emergency Hearing Requested)**

**NOTICE PURSUANT TO BANKRUPCY LOCAL RULE 9013(b)**

**THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOUR RESPONSE MUST STATE WHY THE MOTION SHOUD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**EMERGENCY RELIEF HAS BEEN REQUESTED. IF THE COURT CONSIDERS THE MOTION ON AN EMERGENCY BASIS, THEN YOU WILL HAVE LESS THANN 21 DAYS TO ANSWER. IF YOU OBJECT TO THE REQUESTED RELEIF OR IF YOU BELIEVE THAT EMERGECNY CONSIDERATION IS NOT WARRANTED, YOU SHOULD FILE AN IMMEDIATE RESPONSE.**

**DEBTORS ARE IN NEED OF EMERGENCY CONSIDERATION ON OR BEFORE <u>JUNE 1, 2020</u>, THE DATE OF THE INITIAL STATUS CONFERENCE FOR DEBTOR 35NB, LLC AND FOR THE REASONS DESCRIBED HEREIN.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

**DEBTORS' EMERGECNY MOTION FOR ENTRY OF AN ORDER DIRECTING
JOINT ADMINISTRATION OF RELATED CHAPTER 11 CASES**

The above-captioned debtors and debtors in possession ("collectively, the "Debtors") file

the Emergency Motion for an Order Directing Joint Administration of Chapter 11 Cases (the

"Motion"). In support of this Motion, the Debtors respectfully represent as follows:

## JURISDICTION AND VENUE

1.      This Court has jurisdiction over these cases and this matter pursuant to 28 U.S.C.

§§ 157 and 1334. This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2)(A). Venue

is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

2.      The predicates for relief requested herein are Rule 1015(b) of the Federal Rules of

Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 1015-1 of the Local Rules of

Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the Southern District

of Texas (the "Local Rules").

## BACKGROUND

3.      Each of the Debtors filed a voluntary petition with the Court under chapter 11 of

title 11 of the United States Code, 11 U.S.C. § 101, *et seq.* (the "Bankruptcy Code") in the United

States Bankruptcy Court for the Southern District of Texas. Debtor in case number 20-31457,

**35NB LLC**, was filed March 2, 2020 and Debtor in case number 20-32553, **New Braunfels ER,**

**LLC**, was filed May 8, 2020 (the "Petition Dates"), The Debtors have continued in possession of

its properties and have continued to operate and manage its businesses as debtor in possession

pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  No request has been made for the

appointment of a trustee or examiner, and no official committee of unsecured creditors has been

appointed in any of these cases.

4.      A description of the Debtors' businesses and the reasons for filing these chapter 11 cases are as follows:

a.      35NB, LLC has as its only asset a parcel of real property located at 3221 Commercial Circle, New Braunfels, Texas 78132. 35NB, LLC entered into an agreement for the lease of its real property to New Braunfels ER, LLC, November 21, 2017 ("Lease Agreement"). The lease payments received by 35NB, LLC is its only source of income. The contracted monthly lease payment amount is $16.000.00.

b.      New Braunfels ER, LLC is the owner of an emergency room facility located on the real property it leases from Debtor, 35NB, LLC.

c.      Debtors, 35ND, LLC and New Braunfels ER, LLC are affiliate entities whom share common ownership. The three Managing Members of Debtor, 35NB, are also the three controlling members of Debtor, New Braunfels ER, LLC.

d.      Debtor, New Braunfels ER, LLC, entered into commercial loan agreement(s) with Regions Bank. Debtor, 35NB, LLC is one of the Regions Bank loan agreement(s) guarantors.

e.      The businesses filed for Chapter 11 protection to reorganize its finances and to preserve its property.

## **RELIEF REQUESTED**

5.   The Debtors request that the Court order procedural consolidation and joint administration of its related cases. The Debtors also request that the Court maintain one file and one docket for all of the jointly administered cases under a consolidated caption as follows:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| In re: | § | Chapter 11 |
|---|---|---|
| | § | |
| **35NB, LLC, et al.,** [1] | § | **Case No. 20-31457** |
| | § | |
| | § | |
| **Debtors** | § | **Jointly Administered** |
| | § | |

6.      The Debtors also seek the Court's direction that a notation substantially similar to the following be entered on the docket sheet of each of the Debtors' cases to reflect the joint administration of these cases:

> An Order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Local Rules of the Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the Southern District of Texas directing joint administration of the chapter 11 cases of **35NB LLC**, case no. 20-31457 and **New Braunfels ER, LLC**, case no. 20-32553. **All further pleadings and other papers shall be filed in and all further docket entries shall be made in case No. 20-31457.**

7.      Finally, the Debtors seek authority to file monthly operating reports required by the U.S. Trustee Operating Guidelines on a consolidated basis. This will further administrative economy and efficiency without prejudice to any party-in-interest.

## BASIS FOR RELIEF

8.      Bankruptcy Rule 1015(b) provides, in relevant part, that if "two or more petitions are pending in the same court or against…a debtor and an affiliate, the court may order a joint administration of the estates." The Debtors have common ownership and management and are "affiliates" as that term is defined under section 101(2) of the Bankruptcy Code. Accordingly, the Court is authorized to grant the requested relief.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are, 35NB, LLC (9887) and New Braunfels ER, LLC (7503)

9.      Joint administration of these chapter 11 cases will provide significant administrative convenience without harming the substantive rights of any party in interest. The Debtors intend to file with the Court numerous motions and applications. Joint administration for procedural purposes of these cases will avoid unnecessary delay and expense by obviating the need for the Debtors to file duplicative motions and applications and for the Court to enter duplicative orders in each of these chapter 11 cases. Joint administration will also avoid the burdensome necessity of duplicating notices to creditors. Finally, supervision of the administrative aspects of these chapter 11 cases by the Office of the United States Trustee for the Southern District of Texas will be simplified by joint administration of the cases.

10.      The rights of respective creditors will not be adversely affected by joint administration of these cases because the relief sought in this Motion is purely procedural and is in no way intended to affect substantive rights.

## **EMERGENCY CONSIDERATION**

11.      The Debtors respectfully request emergency consideration of this Motion pursuant to Bankruptcy Rule 6003, which empowers a court to grant relief within the first 21 days after the commencement of a chapter 11 case "to the extent that relief is necessary to avoid immediate and irreparable harm." Here, the Debtor, **New Braunfels ER, LLC,** believes an immediate and orderly transition into chapter 11 is critical to the viability of its operations and that any delay in granting the relief requested could hinder the Debtors' operations and cause irreparable harm.  Furthermore, the failure to receive the requested relief during the first 21 days of its chapter 11 cases would severely disrupt the Debtors' operations at this critical juncture. Accordingly, the Debtors submit that they have satisfied the "immediate and irreparable harm" standard of the Bankruptcy Rule 6003 and, therefore, respectfully request that the Court approve the relief requested in this Motion on an emergency basis.

## NOTICE

12.     Notice of this Motion has been provided to: (a) the Office of the United States Trustee for the Southern District of Texas; (b) the holders of the 30 Largest unsecured claims against the Debtors (on a consolidated basis); (c) Internal Revenue Service; (d) the United States Attorney's Office for the Southern District of Texas; (e) the Office of the attorneys general for the states in which the Debtors operate; (f) the United States Securities and Exchange Commission; (g) Regions Bank c/o Matt D. Manning, McGlinchey Stafford, PLLC, 1001 McKinney, Suite 1500, Houston, Texas 77002; and (h) any party that has requested notice pursuant to Bankruptcy Rule 2002. In light of the nature of the relief requested, the Debtors submit that no further notice is necessary.

## CONCLUSION

WHEREFORE the Debtors respectfully request that this Court:

(a) Enter and order in the form attached hereto as **Exhibit A** granting the relief requested herein; and

(b) Grant the Debtors such and further relief as is just and proper.

Dated: May 15, 2020

Respectfully submitted,

/s/ Nelson M. Jones III
Nelson M. Jones III
SBN 10973400
440 Louisiana, Suite 1575
Houston, Texas 77002
(713) 236-8736
(713) 236-8990 (fax)
njoneslawfirm@aol.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Emergency Motion for Entry of an Order Directing Joint Administration of Related Chapter 11 Cases was served by U.S. Mail, Postage Prepaid, facsimile, and/or electronic delivery on all parties requesting electronic notice, creditors, the United States Trustee, equity holders and other parties in interest on this 15th day of May, 2020.

/s/ Nelson M. Jones III
Nelson M. Jones III