**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE** | ∗ | **CASE NO. 20-31457** |
| | ∗ | |
| **35NB, LLC,** | ∗ | **CHAPTER 11** |
| | ∗ | |
| **IN RE** | ∗ | **Jointly Administered** |
| | ∗ | |
| **New Braunfels ER, LLC,** | ∗ | |
| | ∗ | |
| **Debtors,** | | |

**REGIONS BANK'S LIMITED OBJECTION TO  NELSON M. JONES III'S**
**APPLICATION FOR COMPENSATION**

Regions Bank, N.A., ("**Regions**"), hereby submits this Limited Objection to the Interim Application of Nelson M. Jones III for Allowance of Compensation and Reimbursement of Expenses (Doc. No. 48) ("the Application for Compensation"), and would respectfully show the Court as follows:

**BACKGROUND**

1.      As discussed more fully in the Motion of Regions Bank to Prohibit Use of Cash Collateral for Accounting of Post-Petition Use of Cash Collateral and Adequate Protection (Doc. No. 23) (the "**Motion**") (which is incorporated herein by this reference).  Debtor 35NB, LLC ("35NB") is a single asset real estate entity that leases real property to Debtor New Braunfels ER, LLC ("**New Braunfels ER**"). 35NB executed a Deed of Trust dated March 23, 2017 (the "**Deed of Trust**") in favor of Regions, which was recorded in Official Public Records of Comal County, Texas, on April 17, 2017, as Instrument No. 201706019144.[1]

2.      The Deed of Trust granted Regions a collateral assignment, lien and security interest in and to all present and future leases of, and rents from the real property located at

---

[1] The Deed of Trust is attached as Exhibit I to the Motion.

municipal address 3221 Commercial Drive, New Braunfels, TX 78132 (the "**Property**"). Upon an event of default, the Deed of Trust grants to Regions, *inter alia*, the right to collect and receive the rents from the Property.

3.      The Deed of Trust was part of a cross-collateralized loan agreement, which included the $900,000 Note, the $900,000 Commercial Security Agreement, the $3,587,000 Note, the $3,587,000 Construction Loan Agreement, and the $3,587,000 Business Loan Agreement.[2]

4.      By means of that certain Notice of Regions Bank Under 11 U.S.C. § 546(b), 522(b)(2), and 363(c)(2)(A) (Doc. No. 18) (the "546(b) Notice", which is incorporated herein by this reference), Regions perfected, to the extent necessary, its security and interest in the leases and rents from the Property.

5.      The Application for Compensation seeks $22,410.00 in compensation for services performed from March 2, 2020 through June 8, 2020.

### LIMITED OBJECTION AND RESERVATION OF RIGHTS

6.      Regions objects to 35NB using the rents and other funds obtained from [to] its lease with New Braunfels ER to pay the amounts sought in the Notice of Application for Compensation. Pursuant to 11 U.S.C. § 365(d)(3), New Braunfels ER is obligated to continue to make payments pursuant to its lease with 35NB. Under the Deed of Trust, once New Braunfels ER pays rent, Regions has an interest in the rent payment as its collateral. As established in its Motion, Regions is entitled to adequate protection of its security interest – namely, the rental income – in the form of (a) an order requiring 35NB to pursue collection of any and all amounts due under the lease of the Property from New Braunfels ER, and (b) segregation of Regions cash collateral pursuant to 11 U.S.C. § 361.

---

[2] All capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion. [Also, make sure we define these items in the Motion].

7.      Because Regions reserves all its rights with respect to the cash collateral, the Motion and the 546(b) Notice, Regions objects to the use of cash collateral to pay the amounts requested in the Notice of Application for Compensation.

8.      Regions raises no objection to the amount of compensation sought in the Application for Compensation.

Wherefore, Regions respectfully requests that this Court enter an Order:

1.      Sustaining this Limited Objection

2.      Prohibiting the use of any of Regions' cash collateral to pay the compensation sought in the Notice of Application for Compensation; and

3.      Granting Regions such other and further relief as the Court deems equitable and just.

Respectfully submitted,

*/s/ Matt D. Manning*
Matt D. Manning (#24070210)
McGLINCHEY STAFFORD, PLLC
1001 McKinney, Suite 1500
Houston, TX 77002
Telephone: (713) 335-2107
Facsimile: (713) 520-1025
mmanning@mcglinchey.com

Rudy J. Cerone (*Pro Hac Vice*)
McGLINCHEY STAFFORD, PLLC
601 Poydras Street, 12th Floor
New Orleans, LA 70130
Telephone: (504) 596-2786
Facsimile: (504) 910-9362
rcerone@mcglinchey.com

ATTORNEYS FOR REGIONS BANK

**Certificate of Service**

I hereby certify that a copy of the above and foregoing has been served on all counsel of record via the Court's E-Filing Service System on July 2, 2020.

/s/ Matt D. Manning
Matt D. Manning (#24070210)